CHRISTY L. BERTRAM (SBN 222296)
cbertram@johnsonbertram.com
BEVERLY A. JOHNSON (SBN 167335)
bjohnson@johnsonbertram.com
JOHNSON & BERTRAM LLP
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Telephone: (949) 420-4606
Facsimile: (949) 861-9140

Attorneys for Plaintiff
PERI FORMWORK SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PERI FORMWORK SYSTEMS, INC, a Maryland corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>LOS ANGELES COMMUNITY COLLEGE DISTRICT; LOS ANGELES TRADE-TECHNICAL COLLEGE; HARPER CONSTRUCTION COMPANY, INC.; W.M. KLORMAN CONSTRUCTION CORPORATION; and DOES 1-10, inclusive.<br><br>               Defendants. | Case No: 2:13-cv-00273<br><br>**COMPLAINT FOR:**<br><br>**(1) CLAIM & DELIVERY (C.C.P. §512.010)**<br>**(2) CONVERSION**<br>**(3) BREACH OF CONTRACT**<br>**(4) ACCOUNT STATED**<br>**(5) GOODS & SERVICES RENDERED**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff PERI Formwork Systems, Inc. ("PERI"), by and through its undersigned counsel, hereby files this Complaint against Defendants Los Angeles Community College District ("LACCD"), its related entity, Los Angeles Trade-Technical College ("LATTC") (LACCD and LATTC are together referred to as "College"), Harper Construction Company, Inc. ("Harper"), and W.M. Klorman Construction Corporation ("Klorman") (LACCD, LATTC, Harper and Klorman are collectively referred to herein as "Defendants").

## INTRODUCTION

1.     PERI Formwork Systems, Inc.  ("PERI") is the owner of certain concrete formwork and shoring materials ("Materials" or "leased Materials") being wrongfully withheld and converted to use by the Defendants.

2.     LACCD is the owner of certain real estate located in Los Angeles County on which LATTC is located and/or operates a technical or trade school.   The College is improving the real estate and is in the process of constructing a technology building (the "Project").   In connection with that Project, PERI leased the Materials to Klorman, a concrete subcontractor on the Project.   Klorman has refused to pay amounts due for the leased Materials.  Despite PERI's demands for the return of the leased Materials, the leased Materials remain in the custody, control and/or use of the Defendants, which have converted the same for their own use without an agreement with, permission of, and/or compensation to PERI.

3.     As will be demonstrated below, PERI is the legal owner of the Materials. PERI is entitled to immediate possession of the same, as none of the Defendants has any legal right to the Materials nor do any of the Defendants have the right to withhold the Materials from PERI.  PERI requests that Judgment be entered against Defendants as stated herein.

**PARTIES**

4.    PERI is a corporation formed under the laws of the State of Maryland, with a principal office located at 7135 Dorsey Run Road, Elkridge, Maryland 21075 and duly registered to do business in California.  PERI is one of the world's largest manufacturers and suppliers of concrete formwork[1], shoring and scaffolding systems.

5.    LACCD is a public entity that operates a technical or trade school that is part of the two-year colleges in the Los Angeles Community College District, and is the owner of or has an interest in the real estate on which the Project is being constructed, as defined more particularly below, and on which the Materials are being stored or used, which real estate will need to be accessed to obtain possession of the Materials. As such, LACCD is a necessary party to or has an interest in these proceedings.

6.    LATTC is a division of the California Community Colleges, a postsecondary education system in California, and is the owner of or has an interest in the real estate on which the Project is being constructed, as defined more particularly below, and on which the Materials are being stored or used, which real estate will need to be accessed to obtain possession of the Materials.  As such, LATTC is a necessary party to or has an interest in these proceedings.

7.    Upon information and belief, Harper is a corporation formed under the laws of the State of California with a principal place of business at 2241 Kettner Boulevard, San Diego, California 92101.

---

[1] Formwork is a temporary or permanent mold into which concrete or similar materials are poured.

8.     Upon information and belief, Klorman is a corporation formed under the laws of the State of California, with its principal place of business at 23047 Ventura Boulevard, Woodland Hills, California 91364.

### JURISDICTON AND VENUE

9.     The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of this State and a citizen or subject of a foreign state.  Therefore, the subject matter jurisdiction of the Court is conferred by diversity of citizenship pursuant to 28 U.S.C. §1332(a)(2).

10.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in this District.

### FACTS

11.     The College is in the process of constructing a new building on property more commonly known as 2100 South Flower Street, Los Angeles, California 90007-2082, having an Assessor Identification Number 5126-014-904, a Plat Recording at Book 767, Page 91 in the real property records, and a partial legal description of Tract No. 20819, Lot 1 ("Property").

12.     College contracted with Harper to act as a general contractor and/or general manager for the Project.

13.     Harper, in turn, subcontracted certain concrete work to Klorman on the Project.

14.     On or about September 29, 2020, Klorman and PERI entered into an agreement titled, "Purchase Order", pursuant to which PERI agreed to lease the Materials, as well as provide attendant services on the Project.  The Materials were rented for a monthly fee.  A true and correct copy of the Purchase Order, which is maintained and kept by PERI in the ordinary course of business, is attached hereto as **Exhibit A**.

15.    PERI supplied the Materials to Klorman on the Project and commenced invoicing Klorman for the rental charges, freight, and other costs pursuant to the terms of the Purchase Order.  The Materials have a value of Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight Dollars and Sixty-Two Cents ($3,914,958.62).

16.    The Materials leased by PERI to the Project are delineated in a materials list and are as follows:

| Quantity on Site Accumulated by Article No. | | | | | |
| Cust.: 120410 Klorman Construction Ord. No: 39974/001 to 39974/999 | | | | | |
| ART-No | Description | As per Order | Quant | QU | by Sales Price |
| --- | --- | --- | --- | --- | --- |
| 317010 | SWIVEL COUPLING DK 48/48 | 124.000 | 124.000 | PC | 2,269.20 |
| 318050 | PIN 16x65/86 | 100.000 | 100.000 | PC | 290.00 |
| 318060 | COTTER PIN 4/1 | 2,594.000 | 2,594.000 | PC | 492.86 |
| 318630 | CROSSHEAD SPINDLE PD8 20/24 | 1,020.000 | 1,020.000 | PC | 84,660.00 |
| 322027 | WING NUT SPANNER HD | 6.000 | 6.000 | PC | 873.00 |
| 322230 | COTTER PIN 5/1 | 647.000 | 647.000 | PC | 342.91 |
| 325670 | HARDWARE BOX 80x120 | 8.000 | 8.000 | PC | 3,820.00 |
| 327288 | MULTIPROP MP 120 | 2.000 | 2.000 | PC | 539.00 |
| 327291 | MULTIPROP MP 480 | 1,740.000 | 1,740.000 | PC | 783,000.00 |
| 327298 | SCAFFOLD TUBE COUPLING MG-A/C | 112.000 | 112.000 | PC | 4,424.00 |
| 327299 | SCAFFOLD TUBE COUPLING MG-B/D | 112.000 | 112.000 | PC | 4,424.00 |
| 327305 | MULTIPROP MP 625 | 621.000 | 621.000 | PC | 398,992.50 |
| 327990 | PIN 14x107 | 998.000 | 998.000 | PC | 3,842.30 |
| 328100 | BASEPLATE F RS | 124.000 | 124.000 | PC | 4,476.40 |

| 328330 | MULTIPROP FRAME MRK 90 | 2.000 | 2.000 | PC | 346.00 |
| 328340 | MULTIPROP FRAME MRK 120 | 64.000 | 64.000 | PC | 12,288.00 |
| 328350 | MULTIPROP FRAME MRK 150 | 1,200.000 | 1,200.000 | PC | 260,400.00 |
| 328370 | MULTIPROP FRAME MRK 296 | 36.000 | 36.000 | PC | 11,034.00 |
| 328380 | MULTIPROP FRAME MRK 137.5 | 2.000 | 2.000 | PC | 421.00 |
| 328460 | MULTIPROP FRAME MRK 201.5 | 313.000 | 313.000 | PC | 77,624.00 |
| 328470 | MULTIPROP FRAME MRK 230 | 74.000 | 74.000 | PC | 19,462.00 |
| 328490 | MULTIPROP FRAME MRK 266 | 16.000 | 16.000 | PC | 4,640.00 |
| 328680 | CROSSHEAD 20/24S | 118.000 | 118.000 | PC | 4,141.80 |
| 330140 | COUNTERPLATE DW15 120x120x15 | 170.000 | 170.000 | PC | 1,615.00 |
| 330370 | WINGNUT PIVOT PLATE DW15 | 1,342.000 | 1,342.000 | PC | 24,424.40 |
| 337160 | PIN 20x205 | 2,922.000 | 2,922.000 | PC | 55,225.80 |
| 351250 | TENSION BELT L=5.70m, 25kN | 130.000 | 130.000 | PC | 7,579.00 |
| 351270 | TENSION BELT CONNECTOR WALL | 6.000 | 6.000 | PC | 103.80 |
| 365015 | EURO PALLET 80X120 | 2.000 | 2.000 | PC | 50.80 |
| 365016 | CRATE PALLET 80x120 | 51.000 | 51.000 | PC | 29,784.00 |
| 374890 | GIRDER VT 20K L=2.65m | 18.000 | 18.000 | PC | 864.00 |
| 374905 | GIRDER VT 20K L=2.15m | 78.000 | 78.000 | PC | 3,042.00 |
| 374910 | GIRDER VT 20K L=2.45m | 60.000 | 60.000 | PC | 2,652.00 |

| | | | | | |
|---|---|---|---|---|---|
| 374920 | GIRDER VT 20K L=2.90m | 123.000 | 123.000 | PC | 6,432.90 |
| 374930 | GIRDER VT 20K L=3.30m | 712.000 | 712.000 | PC | 42,506.40 |
| 374950 | GIRDER VT 20K L=3.90m | 391.000 | 391.000 | PC | 27,604.60 |
| 374960 | GIRDER VT 20K L=4.50m | 61.000 | 61.000 | PC | 4,983.70 |
| 374970 | GIRDER VT 20K L=4.90m | 58.000 | 58.000 | PC | 5,144.60 |
| 374980 | GIRDER VT 20K L=5.90m | 96.000 | 96.000 | PC | 10,224.00 |
| 374990 | GIRDER VT 20K L=1.45m | 39.000 | 39.000 | PC | 1,029.60 |
| 375150 | GIRDER GT 24 L=1.50m [5'] | 3.000 | 3.000 | PC | 180.30 |
| 375180 | GIRDER GT 24 L=1.80m [6'] | 30.000 | 30.000 | PC | 2,163.00 |
| 375210 | GIRDER GT 24 L=2.10m [7'] | 541.000 | 541.000 | PC | 45,552.20 |
| 375240 | GIRDER GT 24 L=2.40m [8'] | 31.000 | 31.000 | PC | 2,982.20 |
| 375270 | GIRDER GT 24 L=2.70m [9'] | 35.000 | 35.000 | PC | 3,780.00 |
| 375300 | GIRDER GT 24 L=3.00m [10'] | 1,072.000 | 1,072.000 | PC | 128,104.00 |
| 375330 | GIRDER GT 24 L=3.30m [11'] | 70.000 | 70.000 | PC | 9,275.00 |
| 375360 | GIRDER GT 24 L=3.60m [12'] | 803.000 | 803.000 | PC | 116,435.00 |
| 375390 | GIRDER GT 24 L=3.90m [13'] | 141.000 | 141.000 | PC | 22,066.50 |
| 375420 | GIRDER GT 24 L=4.20m [14'] | 28.000 | 28.000 | PC | 4,704.00 |
| 375450 | GIRDER GT 24 L=4.50m [15'] | 120.000 | 120.000 | PC | 21,660.00 |
| 375480 | GIRDER GT 24 L=4.80m [16'] | 44.000 | 44.000 | PC | 8,470.00 |

| 375510 | GIRDER GT 24 L=5.10m [17'] | 39.000 | 39.000 | PC | 8,190.00 |
|---|---|---|---|---|---|
| 375540 | GIRDER GT 24 L=5.40m [18'] | 40.000 | 40.000 | PC | 9,140.00 |
| 375570 | GIRDER GT 24 L=5.70m [19'] | 29.000 | 29.000 | PC | 7,192.00 |
| 375600 | GIRDER GT 24 L=6.00m [20'] | 298.000 | 298.000 | PC | 79,715.00 |
| 378010 | GIRDER GT 24 L=6.25m | 111.000 | 111.000 | PC | 36,075.00 |
| 378020 | GIRDER GT 24 L=6.55m | 7.000 | 7.000 | PC | 2,355.50 |
| 378030 | GIRDER GT 24 L=6.85m | 3.000 | 3.000 | PC | 1,045.50 |
| 378040 | GIRDER GT 24 L=7.15m | 54.000 | 54.000 | PC | 19,467.00 |
| 378050 | GIRDER GT 24 L=7.45m | 168.000 | 168.000 | PC | 62,916.00 |
| 378060 | GIRDER GT 24 L=7.75m | 30.000 | 30.000 | PC | 11,655.00 |
| 378070 | GIRDER GT 24 L=8.00m | 85.000 | 85.000 | PC | 34,765.00 |
| 378080 | GIRDER GT 24 L=8.30m | 12.000 | 12.000 | PC | 5,100.00 |
| 378090 | GIRDER GT 24 L=8.60m | 6.000 | 6.000 | PC | 2,664.00 |
| 379300 | ALU BEAM MPB 24 L=3.00m | 36.000 | 36.000 | PC | 12,978.00 |
| 379360 | ALU BEAM MPB 24 L=3.60m | 2.000 | 2.000 | PC | 830.00 |
| 379420 | ALU BEAM MPB 24 L=4.20m | 54.000 | 54.000 | PC | 26,001.00 |
| 379600 | ALU BEAM MPB 24 L=6.00m | 39.000 | 39.000 | PC | 26,929.50 |
| 400954 | TABLE SWIVEL HEAD, MIDDLE | 322.000 | 322.000 | PC | 44,436.00 |
| 400955 | TABLE SWIVEL HEAD, UPPER | 237.000 | 237.000 | PC | 10,878.30 |

| 400956 | TABLE SWIVEL HEAD, LOWER | 314.000 | 314.000 | PC | 75,360.00 |
| 401290 | GUARDRAIL HOLDER  GT 24/VT20 | 117.000 | 117.000 | PC | 9,395.10 |
| 403212 | LIFTING FORK 1.75t/8.0m | 1.000 | 1.000 | PC | 28,160.00 |
| 403429 | PALLET RP-2 80x150 | 5.000 | 5.000 | PC | 2,102.50 |
| 403434 | PALLET RP-2 80x120 | 1.000 | 1.000 | PC | 378.50 |
| 403845 | HOOK STRAP HBU 24-28 | 898.000 | 898.000 | PC | 25,323.60 |
| 403886 | STEEL WALER SRU U120 L=1.72m | 195.000 | 195.000 | PC | 61,815.00 |
| 403889 | STEEL WALER SRU U120 L=1.97m | 16.000 | 16.000 | PC | 6,200.00 |
| 403892 | STEEL WALER SRU U120 L=2.47m | 45.000 | 45.000 | PC | 21,420.00 |
| 404031 | PIN 21x120 [RCS] | 536.000 | 536.000 | PC | 8,576.00 |
| 404931 | HOOK STRAP HBU 20-24 | 564.000 | 564.000 | PC | 15,566.40 |
| 407161 | COMPRESSION BRACE HEAD MP/SRU | 512.000 | 512.000 | PC | 34,150.40 |
| 408339 | QUICK STRAP MPB 24 - GT 24 | 1,803.000 | 1,803.000 | PC | 8,744.55 |
| 411142 | MULTIPROP BOLT w/N | 1,860.000 | 1,860.000 | PC | 10,471.80 |
| 415669 | GUARDRAIL POST SGP [U.S.] | 119.000 | 119.000 | PC | 9,151.10 |
| 610257 | GARAGEDECK KICKER BRACE 85 | 974.000 | 974.000 | PC | 133,925.00 |
| 626413 | PIPE BRACING X 6' | 6.000 | 6.000 | PC | 202.20 |
| 626414 | PIPE BRACING X 10' | 192.000 | 192.000 | PC | 10,809.60 |
| 626415 | PIPE BRACING X 12' | 6.000 | 6.000 | PC | 405.60 |

| 630034 | TIE ROD DW15 L=4' | 548.000 | 548.000 | PC | 7,946.00 |
|---|---|---|---|---|---|
| 630035 | TIE ROD DW15 L=5' | 162.000 | 162.000 | PC | 2,980.80 |
| 680958 | GARAGEDECK WALER | 487.000 | 487.000 | PC | 319,959.00 |
| 680959 | GARAGEDECK HINGE PLATE | 974.000 | 974.000 | PC | 63,212.60 |
| 680960 | GARAGEDECK HINGE PIN | 1,948.000 | 1,948.000 | PC | 35,064.00 |
| 680961 | GARAGEDECK SIDE STRONGBACK | 974.000 | 974.000 | PC | 271,259.00 |
| 680962 | GARAGEDECK BOTTLE JACK BRACKET | 12.000 | 12.000 | PC | 2,436.00 |
| 680963 | GARAGEDECK CASTOR ATTACHMENT | 24.000 | 24.000 | PC | 2,988.00 |
| 680972 | GARAGEDECK J-HOOK | 262.000 | 262.000 | PC | 6,759.60 |
| 680973 | GARAGEDECK PIPE F J-HOOK | 262.000 | 262.000 | PC | 16,296.40 |
| 680979 | GARAGEDECK FORKLIFT ADAPTER | 1.000 | 1.000 | PC | 8,746.00 |
| 680982 | SRU CROSSHEAD ADAPTER | 87.000 | 87.000 | PC | 7,716.90 |
| 680984 | GARAGEDECK CASTOR | 24.000 | 24.000 | PC | 13,644.00 |
| 680986 | GARAGEDECK SLAB TABLE TIE | 639.000 | 639.000 | PC | 12,780.00 |
| 680987 | GARAGEDECK CRANE EYE | 87.000 | 87.000 | PC | 7,238.40 |
| Sum | | | | | 3,914,958.62 |

A true and correct copy of the materials list, which is maintained and kept by PERI in the ordinary course of business, is attached hereto as **Exhibit B**. To the extent the term "Materials" is used in this Complaint, it specifically refers to the leased materials described above and identified on the attached materials list.

17.    The Purchase Order expressly provides that the ownership to the Materials shall remain with PERI. Paragraph 16 of the Purchase Order provides:

> 16.  **LOCATION AND POSSESSION:** For rental agreements, the Equipment shall be used at the address shown on the front of this Agreement ("jobsite" or "Project"). Purchaser shall not remove the Equipment without the prior written consent of Seller. At all times, title to the Equipment shall remain with Seller. Purchaser shall not allow its use by others. In the event of a sale, title shall pass to the Purchaser only once all monies owed under this agreement are paid and a final release is executed by Seller.

(*Id*., at Exh. A, p. 5, ¶16).

18.    The Purchase Order provides that "no others" shall use the Materials. (*Id.*).

19.    The Purchase Order required PERI to submit all billings to Klorman by the 1st of each month, and to provide the appropriate lien release with each month's billings. (Ex. A, p. 14).

20.    Pursuant to the terms of the Purchase Order, PERI delivered the Materials to the Project. PERI provided monthly invoices to Klorman for the Materials, along with lien releases required by the Purchase Order. PERI duly performed all the obligations that were incumbent upon it to be performed, except to the extent prevented or frustrated by Klorman, and/or to the extent such performance has been excused or waived due to Klorman's conduct.

21.    Klorman  failed to pay PERI for the invoices submitted on the Project. Thus, on October 7, 2021, PERI provided notice to Klorman that it was in payment default on the Purchase Order, and demanded that all outstanding invoices be paid by October 25, 2021. Klorman failed to cure its default of the Purchase Order. A

true and correct copy of PERI's October 7, 2021 letter to Klorman demanding payment for all outstanding invoices it attached hereto as **Exhibit C**.

22.    Klorman failed to cure its default.  Thus, on November 23, 2021, PERI caused its counsel, Jessica A. DuHoffman, to serve a Stop Payment Notice on College.  A true and correct copy of the Stop Payment Notice is attached hereto as **Exhibit D**.

23.    Construction on the Project continues, as does the use of PERI's Materials.   Owner has not served a notice of completion.

24.    As of January 6, 2022,  the principal sum of Nine Hundred Forty-Four Thousand Two Hundred and Eighty-Six and 18/100 Dollars ($944,286.18) is due and owing on PERI's invoices, and remains unpaid for rental fees, freight charges and other costs.  To wit:



True and correct copies of the Statement of Account and unpaid invoices reflected therein, each of which are made, kept, and maintained by PERI in its ordinary course of business, are  attached hereto as **Exhibit E**.

25.    Klorman is in default of its obligations to make payment to PERI for the Materials.  This default constitutes a material breach of the Purchase Order.

26.    Furthermore, Klorman also separately breached the duty of good faith and fair dealing inherent in the contract by submitting one or more false and/or altered payment waivers to Harper, under PERI's name and signature, in order to obtain payment from Harper while avoiding its obligations to pay PERI.

27.    Harper alerted PERI to the existence of a false payment waiver when it provided a copy of the same to PERI in response to PERI's demand for payment.  In reviewing the payment waivers provided by Harper, PERI discovered that Klorman had submitted an altered and falsified Unconditional Waiver and Release on Progress Payment, under PERI's name and signature, for invoices through March 31, 2021.  Without PERI's knowledge or consent, Klorman removed the "Exceptions" from the form and submitted the same to Harper for payment under PERI's signature. A true and correct copy of the actual Unconditional Waiver and Release on Progress Payment executed by PERI and submitted to Klorman for payment is attached hereto as **Exhibit F.**  A true and correct copy of the altered Unconditional Waiver and Release on Progress Payment which was submitted by Klorman to Harper is attached hereto as **Exhibit G**.

28.    Klorman's alteration and falsification of PERI's Unconditional Waiver and Release on Progress Payment is a breach of Klorman's duty of good faith and fair dealing under the Purchase Order, which requires PERI to submit appropriate lien waivers to obtain payment.  Klorman's alteration and falsification of PERI's Unconditional Waiver and Release on Progress Payment and submission of this false document to Harper has impaired PERI's ability to obtain payment under the Purchase Order.

29.    As a result of the afore-mentioned conduct, Klorman is in breach of the Purchase Order and PERI has the right to, *inter alia*, cancel the Purchase Order, retaining all rights and remedies against Klorman for its default, and to take possession of the Materials pursuant to California Law, including, but not limited

to Cal. Com. Code § 10525 (West). PERI further has the right to render all the Materials employed on the Project unusable pursuant to Cal. Com. Code § 10525 (West).

30. PERI demanded, in writing, that Klorman, Harper, and College immediately return the Materials on December 17, 2021, and/or pay all outstanding amounts due. A true and correct copy of the demand for the return of the Materials is attached hereto as **Exhibit H**.

31. Defendants have failed to return the Materials and, instead, have converted the same for their own use for the continued development of the Project.

32. Klorman remains contractually liable for the unreturned Materials left at the Project in the possession, custody, and control of one or more of the Defendants. (*Id.*, Exh. A, ¶ 33).

33. No Defendant has any rights, title, or ownership interests in the Materials.

34. During, and as a proximate result of, this wrongful possession and detention of the personal property described above, PERI has suffered damages, including loss of use of this personal property, lost income, and profits attendant with re-renting the same to other customers and other damages.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### Claim and Delivery / Replevin

### (Against All Defendants and Does 1-10)

35. PERI realleges and incorporates the paragraphs above as if fully set forth herein.

36. The Purchase Order expressly provides that, at all times, title to the Materials shall remain with PERI. (*Id.*, at Exh. A, p. 5, ¶16).

37.     The Purchase Order further makes clear that Klorman shall ensure that "no others" use the Materials. (*Id.*).

38.     Despite PERI's demand for return of the Materials, Defendants have retained possession of PERI's Materials, converting the same for its/their own use and benefit without permission of or payment to PERI.

39.     Defendants' possession, custody, control and/or use of the Material is wrongful, and in violation of PERI's rights to immediate and exclusive possession of the same.

40.     The Materials have a value of Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62).

41.     No Defendant has any rights, title, or ownership interests in the Materials.

42.     PERI is the proper owner of the Materials.

43.     PERI has been damaged by the wrongful withholding of the Materials by Defendants.

44.     PERI's cause of action for claim and delivery against College is exempt from any pre-filing requirement to submit a "Notice of Claim" under California Government Code §905, 945.4 or under Rule 4004 of the LACCD Board Rules, in that PERI does not seek monetary relief against College on this cause of action. PERI seeks only possession of its Materials from College on this cause of action.

WHEREFORE, Plaintiff, PERI Formwork Systems, Inc. respectfully requests this Court enter judgment in its favor and against Defendants, jointly and severally, as follows: (i) for possession of the Materials pursuant to Fed. Rule of Civil Procedure 64, C.C.P. §512.010 and Cal. Com. Code § 10525; (ii) for an order appointing a representative of PERI to enter upon the Property, accompanied by a United States Marshal or other law enforcement officer, to arrange for and take

possession of the Materials pursuant to Local Rule 64-1; and (iii) grant such other and further relief as the Court may deem proper.

## SECOND CAUSE OF ACTION

### CONVERSION

**(Against Defendants Harper, Klorman and Does 1-10)**

45.     PERI realleges and incorporates paragraphs above as if fully set forth herein.

46.     PERI is the owner of and has an unfettered right to possession of the Materials.

47.     Defendants Klorman and Harper have knowingly, intentionally, and wrongfully exercised dominion over and substantially interfered with PERI's Materials by failing to return the same upon demand.

48.     Defendants Harper and Klorman have knowingly, intentionally, wrongfully and without right failed to return the Materials and have continued to use the Materials for the benefit of the Project without payment to or the consent of PERI for the same, despite demand for their return.

49.     Pursuant to the Agreement, the reasonable rental value of the Material is two and one quarter percent (2.25%) of the list value of the equipment.   The list value of the Materials is Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62) per every 28 days. Thus, the per diem rental rate of the equipment is Three Thousand One Hundred Forty-Five and 94/100 Dollars ($3,145.94).

50.     As a proximate result of the  wrongful conversion of PERI's Materials by Defendants Harper and Klorman, PERI has been damaged, including, but not limited to, by the loss of use of its Materials, by the loss of income and profits attendant with re-renting the Materials to other customers (which have a reasonable rental value of $3,145.94 per day) and the value of the unreturned materials

($3,914,958.62), plus interest, costs, and attorneys' fees incurred to repossess the same. Defendants' conduct was a substantial factor in causing PERI's harm.

WHEREFORE, Plaintiff, PERI Formwork Systems, Inc. respectfully requests this Court enter judgment in its favor against Defendants Harper and Klorman, jointly and severally, as follows: (i) for Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62) or the value of the unreturned Materials; (ii) for the reasonable rental value of the Materials according to proof; and (iii) for interest from the date of conversion, all costs associated with efforts of repossession and attorneys' fees according to proof.

### **THIRD CAUSE OF ACTION**

### **BREACH OF CONTRACT**

### **(Against Klorman)**

51.     PERI realleges and incorporates the forgoing paragraphs as if fully set forth herein.

52.     Klorman entered into the Purchase Order with PERI wherein PERI agreed to supply formwork Materials, and Klorman agreed to pay for the same. (Ex. A).

53.     PERI fully performed the contract.

54.     Klorman is obligated to pay all amounts due under the terms of the Purchase Order and has refused to pay PERI's invoices despite repeated demands. Klorman has also failed to return the Materials despite demand.

55.     Klorman's failure to pay the amounts owed to PERI and its failure to return the Materials upon demand is a material breach of the Purchase Order.

56.     In addition to the above breaches of contract, Klorman also separately breached the Purchase Order by altering, without PERI's knowledge or consent, PERI's Unconditional Waiver and Release on Progress Payment to delete the exceptions identified by PERI therein and submitting the same to Harper for

payment. Klorman's alteration of PERI's Unconditional Waiver and Release is a breach of Klorman's duty of good faith and fair dealing under the Purchase Order, which requires PERI to submit the Unconditional Waiver and Release on Progress Payment forms to obtain payment. By altering PERI's Unconditional Waiver and Release on Progress Payment, Klorman interfered with PERI's right to receive the benefits of the Purchase Order.

57.    Klorman is in breach of the Purchase Order and PERI has the right to, *inter alia*, cancel the Purchase Order, retaining all rights and remedies against Klorman for its default, and to take possession of the Materials pursuant to California Law, including, but not limited to Cal. Com. Code § 10525 (West).

58.    As of January 6, 2022, Klorman failed to pay rental invoices in the principal sum of Nine Hundred Forty-Four Thousand Two Hundred and Eighty-Six and 18/100 Dollars ($944,286.18). Rent, interest, and other damages continue to accrue while Klorman refuses to return the Materials. Klorman is also responsible for attorneys' fees and costs pursuant to the express terms of the Purchase Order. (Ex. A, ¶26).

59.    Klorman is also liable for any Materials not returned, which have a collective value of Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62).

60.    As a direct and proximate result of Klorman's breach, PERI has been damaged in an amount to be proven at trial, including, but not limited to, the amount of Nine Hundred Forty-Four Thousand Two Hundred and Eighty-Six and 18/100 Dollars ($944,286.18) for past due invoices as of January 6, 2022, plus all rental amounts accruing thereafter until the date the Material are returned, plus the cost of any damage to the Materials, plus interest, costs and attorneys' fees, as well as the value of the Materials if not returned to PERI (which has a collective list value of Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and

62/100 Dollars ($3,914,958.62)), plus all costs associated with PERI's efforts to repossess the same.

WHEREFORE, Plaintiff, PERI Formwork Systems, Inc. respectfully requests this Court enter judgment in its favor against Klorman as follows: (i) for all rental amounts due for the Materials until returned to PERI; (ii) for any damage to the Materials, if returned; (iii) for the value of the Material not returned, which has a collective list value of Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62); and (iii) for all costs associated with efforts of repossession, plus attorneys' fees and costs of this action according to proof.

## FOURTH CAUSE OF ACTION

### ACCOUNT STATED

### (Against Klorman)

61.    PERI realleges and incorporates the forgoing paragraphs as if fully set forth herein.

62.    PERI sent Klorman invoices for the amounts due as reflected in Exhibit E hereto.

63.    Klorman accepted the invoices and did not object to the invoices in any reasonable manner or time.

64.    These invoices became an account stated between PERI and Klorman in the principal sum of Nine Hundred Forty-Four Thousand Two Hundred and Eighty-Six and 18/100 Dollars ($944,286.18) through the period ending January 6, 2022.

WHEREFORE, Plaintiff, PERI Formwork Systems, Inc. respectfully requests this Court enter judgment in its favor against Klorman as follows: (i) for all rental amounts due for the Materials reflected in the past due invoices through the date of

judgment; and (ii) for interest, attorneys' fees and costs of this action according to proof.

## FIFTH CAUSE OF ACTION

### GOODS AND SERVICES RENDERED / QUANTUM MERUIT

### (Against Defendants Harper, Klorman and Does 1-10)

65.    PERI realleges and incorporates the forgoing paragraphs as if fully set forth herein.

66.    PERI provided valuable equipment, materials, and services to the Project with the intention of receiving payment for the same.

67.    Defendants Klorman and Harper, and each of them, took possession of the equipment, materials and services and received the benefits of the same, knowing that PERI expected to be paid for such equipment, materials, and services.

68.    PERI is entitled to the reasonable rental value of the Materials provided by PERI for the entirety of the time the Materials are in the possession, custody, or control of Defendants, plus the value of the unreturned Materials, plus all costs, interest, and attorneys' fees.

WHEREFORE, Plaintiff, PERI Formwork Systems, Inc. respectfully requests this Court enter judgment in its favor against Defendants Harper and Klorman, jointly and severally, as follows: (i) for Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62) or the value of the Property; (ii) for the reasonable rental value of the Materials according to proof; and (iii) for all costs and attorneys' fees according to proof.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff PERI Formwork Systems, Inc. prays for relief as follows:

### As to the First Cause of Action (Claim and Delivery):

For judgment in PERI's favor and against all Defendants, jointly and

severally, as follows:

    i. For possession of the Materials pursuant to C.C.P. §512.010;

    ii. For an order appointing a representative of PERI to enter upon the Property, accompanied by a U.S. Marshal or other law enforcement officer, to arrange for and take possession of the Materials; and

    iii. For such other and further relief as the Court may deem proper.

**<u>As to the Second Cause of Action (Conversion)</u>:**

For judgment in PERI's favor and against Defendants Harper and Klorman, jointly and severally, as follows:

    i. For Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62) or the value of the Property;

    ii. For the reasonable rental value of the Materials according to proof;

    iii. For interest from the date of conversion;

    iv. For all costs associated with efforts of repossession and attorneys' fees according to proof;

    v. For attorneys' fees and costs to the extent allowed by law; and

    vi. For such other relief as the court deems just and proper.

**<u>As to the Third Cause of Action (Breach of Contract)</u>:**

For judgment in PERI's favor and against Klorman as follows:

    i. For all amounts due under the Purchase Order, including, all unpaid invoices and accrued interest thereon;

    ii. For the list value of any unreturned Materials according to proof.

    iii. For any damage to any returned Materials;

    iv. For all costs associated with efforts of repossession and attorneys' fees according to proof;

    v. For attorneys' fees and costs to the extent allowed by law; and

    vi. For such other relief as the court deems just and proper.

**As to the Fourth Cause of Action (Account Stated):**

    For judgment in PERI's favor and against Klorman as follows:

   i. For all amounts due for the Materials as reflected in past due invoices;

  ii. For interest at the legal rate;

 iii. For attorneys' fees and costs to the extent allowed by law; and

 iv. For such other relief as the court deems just and proper.

**As to the Fifth Cause of Action (Goods & Services Rendered / Quantum Meruit):**

    For judgment in PERI's favor and against Defendants Harper and Klorman, jointly and severally, as follows:

   i. For Three Million Nine Hundred Fourteen Thousand Nine Hundred Fifty-Eight and 62/100 Dollars ($3,914,958.62) or the value of the Property ;

  ii. For the reasonable rental value of the Materials according to proof;

 iii. For interest at the legal rate;

 iv. For attorneys' fees and costs to the extent allowed by law; and

  v. For such other relief as the court deems just and proper.

DATED:  January 13, 2022     **JOHNSON & BERTRAM LLP**

                    By:   /s/ Christy L. Bertram
                    Christy L. Bertram
                    Counsel for PERI Formwork Systems, Inc.

## DEMAND FOR JURY TRIAL

    PERI hereby demands a trial by jury of this action.

DATED:  January 13, 2022     **JOHNSON & BERTRAM LLP**

                    By:   /s/ Christy L. Bertram
                    Christy L. Bertram
                    Counsel for PERI Formwork Systems, Inc.